JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR, | ) Case No. CV11-0351-RGK (DTB) |
| Plaintiff, | ) **J U D G M E N T** |
| vs. | ) |
| R. HENDERSON, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 9, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1